**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**GEORGE L. HUSTED, III,**

   Plaintiff,

                            **CASE NO.    1:11-cv-056**

**-vs-**

                            **Judge Timothy S. Black**

**FORD MOTOR CO.,** *et al.***,**

   Defendants.

_____

**JUDGMENT IN A CIVIL CASE**
_____

   **[ ]  Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

   **[X]  Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

   **IT IS ORDERED AND ADJUDGED** that the Plaintiff's Motion to Reverse the Administrative Decision (Doc. 25) is **DENIED**; the Defendants' Motion for Judgment on the Administrative Record is **GRANTED** ; and that the case is **CLOSED**.

Date:   January 24, 2012                      **JAMES BONINI, CLERK**

                                              By: s/ M. Rogers
                                              Deputy Clerk